UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FABRISK BIDPUA #A213186553** | **CASE NO. 6:20-CV-01222** |
| **VERSUS** | **JUDGE JUNEAU** |
| **CHAD WOLF** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

Based on Respondent's representation that Petitioner is no longer in the custody of the Department of Homeland Security/ICE,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Respondent's Motion to Dismiss, Rec. Doc. 14, is **GRANTED**; the Petition for a Writ of Habeas Corpus, Rec. Doc. 1, is **DENIED AS MOOT**; and this case is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of April, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE